IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01471-MSK

CONNIE G. NAVARRETE;
JACQUELINE R. NIETO;
KAYLEE WILLIAMS-SANDERS, through her next friend Marvin A. Williams;
MARVIN A. WILLIAMS;
NEIL HERMANN;
SUSAN MONDRAGON,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY;
BETTY E. SCRIBNER;
SCOTT A. BAZZ;
THE SCOTT BAZZ AGENCY, INC.,

    Defendants.

---

## ORDER REMANDING CASE

---

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this action in the Boulder County District Court. Plaintiffs assert a claim for statutory PIP breach of contract under C.R.S. §10-4-708. In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332(a).

The Plaintiffs did not request any particular monetary relief in their Complaint or Corrected Complaint. The Defendants contend that the requisite amount in controversy is established solely by the Plaintiffs' election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another

party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder District Court.

DATED this 16th day of July, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge